**No. 40372.**—Protest 954851–G/87905 of Butler Bros. (Chicago).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of beach balls similar to those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.